# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

2008 MAR -5 AM 11: 41

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Eric Members ) | Case No: CR597-00003-035 |
| ) | USM No: 09495-021 |
| Date of Previous Judgment: December 16, 1997 ) | William W. Preston |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __155__ months **is reduced to** __time served__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __28__           Amended Offense Level: __26__
Criminal History Category: __VI__         Criminal History Category: __VI__
Previous Guideline Range: __140__ to __175__ months    Amended Guideline Range: __120__ to __150__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __December 16, 1997,__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __March 5, 2008__

_____
Judge's signature

William T. Moore, Jr.
Effective Date: __March 15, 2008__    Chief Judge, U.S District Court
(if different from order date)         Printed name and title